UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLIFFORD EATON,
          Plaintiff,

v.

TRANS UNION, LLC,
          Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 92 (VB)

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 16, 2021. To be clear, any application to restore the action must be filed by July 16, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All scheduled conferences or other scheduled court appearances are cancelled. <u>Counsel for Trans Union, LLC, shall inform plaintiff that the May 20, 2021, conference is cancelled</u>. Any pending motions are moot.

The stipulation of dismissal with prejudice and proposed order that the parties intend to file shall include handwritten signatures by both parties.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

The Clerk is instructed to close this case.

Dated: May 17, 2021
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| CLIFFORD EATON,<br>　　　　Plaintiff, | CASE NO. 7:21-cv-00092-VB |
| vs. | NOTICE OF SETTLEMENT AS TO<br>TRANS UNION, LLC ONLY |
| TRANS UNION, LLC;<br>　　　　Defendant. | |

Plaintiff, Clifford Eaton, *pro se*, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated. Accordingly, unless otherwise directed by the Court, Trans Union does not intend to participate in the May 20, 2021, Rule 16 Conference at 11:00 a.m.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:　May 17, 2021

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

/s/ Clifford Eaton (with consent)[1]
Pro Se
Reg. No. 12878-074
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963-1000

*Plaintiff*

---

[1] On May 15, 2021, Plaintiff indicated via email that he consented to Trans Union's Counsel affixing Plaintiff's e-signature to this Notice of Settlement.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of May, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of May, 2021** properly addressed as follows:

| **Pro Se Plaintiff**<br>Clifford Eaton<br>Reg. No. 12878-074<br>Federal Correction Institution<br>P.O. Box 1000<br>Otisville, NY  10963 | |
|---|---|

*s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*